BEFORE THE AMERICAN ARBITRATION ASSOCIATION

|  |  |
|---|---|
| PRISCILLA CISNEROS<br>And LAUREN KIKUCHI<br><br>COMPLAINANTS,<br><br>vs.<br><br>FAMOUS BOURBON MANAGEMENT<br>GROUP, INC.; SILVER BOURBON, INC.<br>and TEMPTATIONS, INC.; and N'AWLINS<br>ENTERTAINMENT GROUP, INC., and<br>GUY ORLANDO, JR., and GUY ORLANDO<br>III, and SCOTT YAFFEE<br><br>RESPONDENTS. | Case No. 01-21-0004-5784<br>Arbitrator: Thomas J. Crane, Esq. |

**COMPLAINANTS' MOTION TO COMPEL DISCOVERY
RESPONSES AND FOR SANCTIONS**

The above captioned Complainants, by and through undersigned counsel, hereby submit this Motion to Compel Discovery Responses and for Sanctions against Respondent. In support thereof, Complainants state as follows:

1. On December 15, 2021, Complainants served Respondents with Complainants' First Set of Interrogatories and First Set of Document Requests.

2. Respondents were obligated to fully respond to Complainants' Interrogatories and Document Requests within thirty (30) days, by or before Monday, January 17, 2022.

3. Respondents did provide any responses or produce any documents responsive to Complainants' Interrogatories or Complainants' Document Requests by or before Monday, January 17, 2022.

4. In failing to respond to Complainants' Document Requests, Respondents also failed to communicate with Complainants' counsel with an explanation for Respondents'

EXHIBIT Y

discovery failures and failed to (i) submit any objection to Complainants' discovery requests; (ii) seek a protective order from Complainants' discovery requests; or (iii) request an extension for additional time to respond to Complainants' discovery requests Complainants or from the Arbitrator.

4. On January 24, 2022, one (1) week after Respondents' discovery deadline, Complainants' counsel voluntarily initiated contact with Respondents' counsel, sending Respondents' counsel an email as follows:

> Mr. Barbera:
>
> This email represents a good faith attempt to resolve a discovery dispute.
>
> As you are aware, on December 15, 2021, I served you with Complainants' First Set of Interrogatories and Complainants' First Set of Requests for Production of Documents.
>
> Even allowing three (3) days for mailing, Respondents' verified interrogatory responses and fully responsive document production is now at least one (1) week overdue.
>
> You have not requested an extension from me to respond to discovery - - nor have I granted you an extension.
>
> Similarly, you have not filed a request with the arbitrator for an extension to respond to discovery - - nor has he granted you an extension.
>
> Put another way, Respondents' failure and/or refusal to respond to discovery requests is without excuse, justification, or permission.
>
> To avoid discovery-related motion practice, I am voluntarily granting you an extension to fully respond to all outstanding written discovery by or before Friday, February 4, 2022.
>
> Should Respondents fail to fully respond to all outstanding discovery by or before this date, I intend to file a motion with the arbitrator seeking sanctions including, but not limited to, an award of attorney's fees and a request for entry of default in favor of Complainants and against Respondents.

> Finally, in the future, should you believe you cannot meet a deadline in the case, please reach out to my office to discuss an extension rather than allow deadlines to pass without communication.
>
> Thank you,
>
> Gregg Greenberg

5. Respondents' counsel did not respond to Complainants' email, express appreciation for the voluntary extension, or otherwise communicate that it would be difficult or otherwise problematic for Respondents to respond to Complainants' discovery requests by or before Friday, February 4, 2022.

6. Notwithstanding Complainants' voluntary extension, Respondents did not provide any responses or produce any responsive documents to Complainants' Interrogatories or Complainants' Document Requests by or before Friday, February 4, 2022.

7. In failing to respond or produce responsive documents to Complainants' Interrogatories and Document Requests within the voluntarily extended response period, Respondents also failed to communicate with Complainants' counsel with an explanation for Respondents' continued discovery failures and failed to (i) submit any objection to Complainants' discovery requests; (ii) seek a protective order from Complainants' discovery requests; or (iii) request an second extension for additional time to respond to Complainants' discovery requests Complainants or from the Arbitrator.

8. Complainants' above referenced Interrogatories and Document Requests are highly relevant as each discovery inquiry and document goes to the heart of (i) identifying the factual basis factual for any dispute Respondents intend to raise relating to Complainants' individual wage claims; (ii) identifying and understanding the factual basis for any fact-based and/or affirmative defense Respondents intend to raise to eliminate or mitigate Respondents'

3

liability to Complainants' claims in this action; and (iii) identifying the existence, chain of custody, and content of any attendance and/or compensation or related records in Respondents' possession, custody, or control, allowing Complainants' to calculate their damages and/or any potential off-set or mitigation Respondents assert or may assert against Complainants' wage claims.

9. Respondents' refusal engage in the discovery process and respond to Complainants' Interrogatories and Document Requests is unacceptable and prejudices Complainants, limiting their ability to gather time and related records to calculate damages sought in this action; limiting their ability to gather information about any possible defenses Respondents may assert in this action; and limiting their ability to utilize alternative discovery tools in the limited discovery period to better investigate Complainants' claims and Respondents' defenses thereto.

10. As described above, undersigned counsel has engaged in good faith efforts to avoid the instant Motion.

WHEREFORE, Complainants respectfully request the Arbitrator enter an Order (1) compelling Respondents to fully respond to Complainants' First Set of Interrogatories and Complainants' First Set of Requests for Production of Documents without objections within five (5) calendar days of the date of the Arbitrator's Order; and (2) ordering that default will be entered against all Respondents if Respondents do not fully respond to Complainants' First Set of Interrogatories and Complainants' First Request for Production of Documents within the time specified in the Order.

Dated:  February 7, 2022                           Respectfully submitted.

                                                   */s/ Gregg C. Greenberg*
                                                   Gregg C. Greenberg, Esq.
                                                   ZIPIN, AMSTER & GREENBERG, LLC
                                                   8757 Georgia Avenue, Suite 400
                                                   Silver Spring, Maryland 20910
                                                   Telephone: (301) 587-9373
                                                   ggreenberg@zagfirm.com

                                                   *Counsel for Complainants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of February 2022, a true and correct copy of the foregoing Motion to Compel and for Sanctions and Proposed Order was served by electronic mail and by first class mail on counsel for Respondents:

Thomas J. Barbera, Esq.
Barbera Law Firm
3330 Lake Villa Drive, Suite 202
Metairie, Louisiana 70002

                                                     /s/ Gregg C. Greenberg
                                                   Gregg C. Greenberg