**AMERICAN ARBITRATION ASSOCIATION**
**EMPLOYMENT ARBITRATION TRIBUNAL**

SANDRA CISNEROS and LAUREN          §
KIKUCHI,
*Claimants*                          §
                                     AAA Case No. 01-21-0004-5784
v.                                   §   Arbitrator: Thomas J. Crane

FAMOUS BOURBON MANAGEMENT            §
GROUP, INC.; and SILVER BOURBON,
INC.; and TEMPTATIONS, INC.; and     §
N'AWLINS ENTERTAINMENT
GROUP, INC.; and GUY ORLANDO, JR.;   §
and GUY ORLANDO III; and SCOTT
YAFFE,                               §
*Respondents*

## ORDER REGARDING COMPLAINANT'S MOTION TO COMPEL

After consideration of the Complainants' Motion to Compel Discovery Responses and
for Sanctions, this Arbitrator finds the motion has merit. Complainants' motion to compel is
GRANTED. Respondent is ordered to respond to Complainants' First Set of Interrogatories and
First Set of Document Requests within five days of this Order. Any objections to those discovery
requests which were not responded to before the 30 day deadline are waived.

At the telephone hearing held on March 10, 2022, Respondent indicated it had the
requested documents and would soon produce them. Respondent is reminded that it must remain
in contact with the Complainants and the case administrator. This arbitration relies on email
communication. Arbitration by definition is intended to be an efficient, abbreviated process.
Such a process requires timely communication.

The Arbitrator feels compelled to mention that Respondent did not respond to
Complainants' Feb. 7 email regarding their Motion to Compel. Neither did Respondent respond
to this Arbitrator's Feb. 8 email regarding the motion to compel. Respondent also failed to
appear for the first management telephone conference in November, 2021.

Complainants' motion for sanctions is otherwise DENIED.

EXHIBIT Z

**SIGNED AND ENTERED** this 11th day of ___March___, 2022.


_____
Thomas J. Crane, Arbitrator

## AMERICAN ARBITRATION ASSOCIATION
## EMPLOYMENT ARBITRATION TRIBUNAL

| | | |
|---|---|---|
| SANDRA CISNEROS and LAUREN KIKUCHI, | § | |
| *Claimants* | § | |
| | | AAA Case No. 01-21-0004-5784 |
| v. | § | Arbitrator: Thomas J. Crane |
| | | |
| FAMOUS BOURBON MANAGEMENT | § | |
| GROUP, INC.; and SILVER BOURBON, | | |
| INC.; and TEMPTATIONS, INC.; and | § | |
| N'AWLINS ENTERTAINMENT | | |
| GROUP, INC.; and GUY ORLANDO, JR.; | § | |
| and GUY ORLANDO III; and SCOTT | | |
| YAFFE, | § | |
| *Respondents* | | |

## ORDER REGARDING MOTIONS

If motions by either party become necessary in the future, service of the motion will be effected via email to the AAA case administrator. Any response will be due two weeks after the date of such an email.

Any submission of motions or other communications should be made to the case administrator, not directly to the Arbitrator.

**SIGNED AND ENTERED** this 11th day of ___March___, 2022.

_____
Thomas J. Crane, Arbitrator