IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LAUREN KIKUCHI AND PRISCILLA CISNEROS, *On Behalf of Themselves And Others Similarly Situated* <br><br> Plaintiff, <br><br> v. <br><br> SILVER BOURBON, INC. d/b/a SCORES FRENCH QUARTER, TEMPTATIONS, INC. d/b/a STILLETO'S CABARET, TEMPTATIONS, INC. d/b/a STILLETO'S CABARET, FAMOUS BOURBON MANAGEMENT GROUP, INC. N'AWLINS ENTERTAINMENT GROUP, INC., GUY OLANO, JR., GUY OLANO, III, AND RAYMOND PALAZZOLO <br><br> DEFENDANTS. | Case No.: 20-cv-2764 <br><br> JUDGE: Jane Triche Milazzo <br><br> MAGISTRATE JUDGE: Janis Van Meerveld |

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

Plaintiffs, Lauren Kikuchi and Priscilla Cisneros (collectively, "Plaintiffs"), respectfully request that a Clerks Entry of Default be entered against Silver Bourbon, Inc. d/b/a Scores French Quarter and Temptations, Inc. d/b/a Stiletto's Cabaret for failure to plead or otherwise defend against the Amended Complaint within the time allowed by law. A declaration in support of this request is attached hereto.

Dated: August 30, 2022.

Respectfully submitted,

*/s/    Kerry A. Murphy*
Kerry A. Murphy, La. Bar No. 31382
Laura E. Avery, La. Bar No. 35636
Kerry Murphy Law LLC
201 St. Charles Ave., Suite 250
New Orleans, Louisiana 70170
(504) 603-1502 (ph)

Email: kmurphy@kerrymurphylaw.com
lavery@kerrymurphylaw.com

Gregg C. Greenberg, Esq.
Admitted by *Pro Hac Vice*
Zipin, Amster & Greenberg, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, Maryland 20910
(301) 587-9373 (ph)
Email: GGreenberg@ZAGFirm.com

*Counsel for Plaintiffs and the Class/Collective*