IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LAUREN KIKUCHI AND PRISCILLA CISNEROS, *On Behalf of Themselves And Others Similarly Situated*       Plaintiff,  v.  SILVER BOURBON, INC. d/b/a SCORES FRENCH QUARTER, TEMPTATIONS, INC. d/b/a STILLETO'S CABARET, TEMPTATIONS, INC. d/b/a STILLETO'S CABARET, FAMOUS BOURBON MANAGEMENT GROUP, INC. N'AWLINS ENTERTAINMENT GROUP, INC., GUY OLANO, JR., GUY OLANO, III, AND RAYMOND PALAZZOLO       DEFENDANTS. | Case No.: 20-cv-2764  JUDGE: Jane Triche Milazzo  MAGISTRATE JUDGE: Janis Van Meerveld |

**************************************************************************

## DECLARATION OF KERRY A. MURPHY IN SUPPORT OF REQUEST FOR CLERKS ENTRY OF DEFAULT

The undersigned hereby declares and states that the following is true and correct:

1. I am one of the attorneys for Plaintiffs in the above-referenced action.

2. On May 17, 2022, on behalf of Plaintiff Lauren Kikuchi and Priscilla Cisneros, individually and on behalf of other similarly situated individuals, I filed a Motion for Leave to File First Amended Complaint (R. Doc. 39) (the "Motion for Leave"), attaching the proposed amended complaint in this matter. The Motion for Leave was served upon all counsel of record, including Thomas Barbera, counsel of record for Defendant **Silver Bourbon, Inc.,** by electronically filing the Motion for Leave through the Court's CM/ECF electronic filing system.

3. On July 20, 2022, Magistrate Judge van Meerveld entered an Order (R. Doc. 41) granting plaintiff Lauren Kikuchi's Motion for Leave to File First Amended Complaint (R. Doc. 39), and the Amended Complaint was entered into the record the same day (R. Doc. 42).

4. The Amended Complaint was served upon all counsel of record, including Thomas Barbera, counsel of record for Defendant **Silver Bourbon, Inc.,** when it was electronically filed into the record through the Court's CM/ECF electronic filing system.

5. Process server Bryant K. Farmer from BNJ Incorporated has confirmed under penalty of perjury that on July 22, 2022, he personally served the Summons, Complaint, and Amended Complaint in the above-referenced matter on Connie Montgomery, Esq. at 1403 W. Esplanade Ave., Kenner, Louisiana 70065, in her capacity as the registered agent for Defendant **Temptations, Inc.** d/b/a Stiletto's Cabaret. *See* **Exhibit 1 hereto.**

6. Defendants Silver Bourbon, Inc. and Temptations, Inc. have failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

7. Defendants are not infants, incompetent persons, or members of the military service.

8. Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 30th day of August, 2022.

<u>/s/     Kerry A. Murphy</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LAUREN KIKUCHI AND<br>PRISCILLA CISNEROS,<br>*On Behalf of Themselves*<br>*And Others Similarly Situated* | *<br>*<br>*<br>* | |
| | * | Case No.: 20-cv-2764 |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | JUDGE: Jane Triche Milazzo |
| SILVER BOURBON, INC. d/b/a SCORES | * | |
| FRENCH QUARTER, TEMPTATIONS, INC. | * | |
| d/b/a STILLETO'S CABARET, TEMPTATIONS, | * | |
| INC. d/b/a STILLETO'S CABARET, FAMOUS | * | MAGISTRATE JUDGE: Janis Van |
| BOURBON MANAGEMENT GROUP, INC. | * | Meerveld |
| N'AWLINS ENTERTAINMENT GROUP, INC., | * | |
| GUY OLANO, JR., GUY OLANO, III, AND | * | |
| RAYMOND PALAZZOLO | * | |
| | * | |
| DEFENDANTS. | * | |

**************************************************************************

## DECLARATION OF BRYANT FARMER

The undersigned hereby declares and states that the following is true and correct:

1. I am over 21 years of age and of sound mind.

2. I am a process server for BNJ Incorporated, located at 3820 David Drive, Metairie, Louisiana 70003.

3. On July 22, 2022, I personally served the Summons, Complaint, and Amended Complaint in the above-referenced matter on Connie Montgomery, Esq. at 1403 W. Esplanade Ave., Kenner, Louisiana 70065, in her capacity as the registered agent for Defendant **Temptations, Inc.** d/b/a Stiletto's Cabaret.

4. Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the $\underline{26}$ Day of August, 2022.

_____
Bryant Farmer, BNJ Incorporated