IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LAUREN KIKUCHI AND PRISCILLA CISNEROS, *On Behalf of Themselves And Others Similarly Situated* | |
| Plaintiff, | Case No.: 20-cv-2764 |
| v. | |
| SILVER BOURBON, INC. d/b/a SCORES FRENCH QUARTER, TEMPTATIONS, INC. d/b/a STILLETO'S CABARET, TEMPTATIONS, INC. d/b/a STILLETO'S CABARET, FAMOUS BOURBON MANAGEMENT GROUP, INC. N'AWLINS ENTERTAINMENT GROUP, INC., GUY OLANO, JR., GUY OLANO, III, AND RAYMOND PALAZZOLO | JUDGE: Jane Triche Milazzo

MAGISTRATE JUDGE: Janis Van Meerveld |
| DEFENDANTS. | |

## **ORDER**

Considering the Request for Clerk's Entry of Default filed by Plaintiffs, it is hereby ordered that the Request is GRANTED.

_____
CLERK OF COURT