UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LAUREN KIKUCHI, ET AL.                          CIVIL ACTION

VERSUS                                          NO. 20-2764

SILVER BOURBON, INC., ET AL.                    SECTION "H"(1)

## ENTRY OF DEFAULT

Considering the Plaintiffs' Request for Entry of Default (Doc. 53);

**IT IS HEREBY ORDERED** that the foregoing Motion is GRANTED. Preliminary default is entered against Defendants, Silver Bourbon, Inc., and Temptations, Inc., for failure to answer or otherwise make an appearance in this matter, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

_____
Carol L. Michel
Name of clerk of court

_____
Deputy clerk's signature

Date: _____**Aug 31 2022**_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LAUREN KIKUCHI, ET AL.                          CIVIL ACTION

VERSUS                                          NO. 20-2764

SILVER BOURBON, INC., ET AL.                    SECTION "H"(1)


<u>LAST KNOWN ADDRESS OF DEFENDANTS</u>


**Defendant:**        **Silver Bourbon, Inc.**
                      Through its Counsel of Record:
                      Thomas J. Barbera
                      Barbera Law Firm
                      4645 Carthage Street
                      Metairie, Louisiana 70002

**Defendant:**        **Temptations, Inc.**
                      Through its Registered Agent:
                      Connie Montgomery
                      1403 W. Esplanade Avenue
                      Kenner, Louisiana 70065