## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LAUREN KIKUCHI, on Behalf of Herself And Other Similarly Situated Individuals** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-CV-2764** |
| **SILVER BOURBON, INC. d/b/a SCORES GENTLEMEN'S CLUB** | **JUDGE MILAZZO** |
| | **MAG. VAN MEERVELD** |

### GUY OLANO, III'S MOTION TO DISMISS UNDER 12(b)(6)

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Guy Olano, III (hereinafter referred to as "Olano"), who, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves this Court for an order dismissing the claims made against him in Plaintiff's First Amended Collective Action Complaint, with prejudice, at Plaintiff's costs, on the grounds that the First Amended Collective Action Complaint fails to state a claim against him upon which relief may be granted, as more fully discussed in the accompanying Memorandum in Support.

Olano notes that the First Amended Complaint does not refer to or incorporate the original Complaint, only making mention of same, and as such Olano now files this motion in response to the First Amended Complaint. *King v. Dogan*, 31 F.3d 344, 346 (5th Cir. 1994).

**[SIGNATURE BLOCK ON THE FOLLOWING PAGE]**

Respectfully submitted,

CHEHARDY, SHERMAN, WILLIAMS, LLP

BY: /s/Jacob D. Young_____
FRED L. HERMAN (Bar# 6811)
JACOB D. YOUNG (Bar# 34845)
MEREDITH E. CHEHARDY (Bar# 37632)
One Galleria Blvd., Suite 1100
Metairie, LA 70001
Telephone: (504) 833-5600
Telefax: (504) 336-2013
flh@chehardy.com
jdy@chehardy.com
mec@chehardy.com
*Attorneys for Guy Olano, III*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon all parties to this matter via the Clerk's Electronic Filing System on this 4th day of October, 2022.

*/s/ Jacob D. Young*