# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| LAUREN KIKUCHI, on Behalf of Herself and All Other Similarly Situated Individuals,<br><br>PLAINTIFF,<br><br>vs.<br><br>SILVER BOURBON, INC.<br>D/B/A SCORES GENTLEMEN'S CLUB<br><br>DEFENDANT. | Case No. 20-cv-2764<br><br>JUDGE JANE TRICHE MILAZZO<br><br>MAGISTRATE JUDGE JANIS VAN MEERVELD |

## ORDER

Upon Consideration of Plaintiffs' Consent Motion to Continue the Submission Date on the Pending Motion to Dismiss filed by Defendant Guy Olano, III [Doc. 57], it is hereby **ORDERED** that Plaintiffs' Consent Motion be **GRANTED**, and is further **ORDERED** the Submission Date for Defendant's Motion to Dismiss is hereby **CONTINUED** from October 19, 2022, to November 2, 2022.

New Orleans, Louisiana, this 11th day of October, 2022.

_____
Judge Jane Triche Milazzo
United States District Court Eastern District of Louisiana