IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| LAUREN KIKUCHI, on Behalf of Herself and All Other Similarly Situated Individuals,<br><br>PLAINTIFF,<br><br>vs.<br><br>SILVER BOURBON, INC. D/B/A SCORES GENTLEMEN'S CLUB<br><br>DEFENDANT. | Case No. 20-cv-2764<br><br>JUDGE JANE TRICHE MILAZZO<br><br>MAGISTRATE JUDGE JANIS VAN MEERVELD |

**PLAINTIFFS' RESPONSE TO THE MOTION TO DISMISS FILED BY DEFENDANT GUY OLANO, III**

Plaintiffs Lauren Kikuchi and Priscilla Cisneros ("Plaintiffs"), through undersigned counsel, submit their Response to Defendant Guy Olano, III's Motion to Dismiss Plaintiffs' claims alleged in the above captioned matter against Mr. Olano, III, individually, pursuant to Federal Rule 12(b)(6). [Dkt. 57].

By way of response, Plaintiffs state for the record they disagree with the argument presented by Mr. Olano, III in his Motion. Plaintiffs' Amended Complaint is pleaded sufficiently to meet the Federal pleading requirements and sets forth a prima facie legal and factual basis for recovery of FLSA damages against Mr. Olano, III, individually. For this reason, Mr. Olano, III, is not entitled to relief under Federal Rule 12(b)(6).

The foregoing notwithstanding, Plaintiffs advise the Court that Plaintiffs <u>do not oppose</u> the voluntary dismissal of Mr. Olano, III, from this action, without prejudice. For this reason, Plaintiffs respond to Mr. Olano, III's Motion by informing this Court of Plaintiffs' consent to the voluntary dismissal of Mr. Olano, III from this action, without prejudice.

1

Dated: October 24, 2022.

                                    Respectfully submitted,

                                    __/s/_Gregg C. Greenberg_____
Gregg C. Greenberg, Esq.
Admitted by *Pro Hac Vice*
Zipin, Amster & Greenberg, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, Maryland 20910
(301) 587-9373 (ph)
Email:  GGreenberg@ZAGFirm.com

and

Kerry A. Murphy, La Bar No. 31382
Laura E. Avery, La Bar No. 35636
Kerry Murphy Law LLC
210 St. Charles Ave.
Suite 250 #1824
New Orleans, Louisiana 70170
(504) 603-1502 (ph)
Email:  kmurphy@kerrymurphylaw.com
          lavery@kerrymurphylaw.com

*Counsel for Plaintiffs and the Collective*