IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LAUREN KIKUCHI, et al.<br><br>            PLAINTIFFS,<br><br>v.<br><br>SILVER BOURBON, INC., et al.<br><br>            DEFENDANTS. | Case No. 2:20-cv-02764-JTM-JVM<br><br>Section: "H" (1)<br><br>The Honorable Jane Triche Milazzo<br><br>Magistrate Judge Janis van Meerveld |
| KELLY CLIFTON, et al.<br><br>            PLAINTIFFS,<br><br>v.<br><br>FAMOUS BOURBON MANAGEMENT GROUP, INC., et al.<br><br>            DEFENDANTS. | Case No. 2:20-cv-02991-JTM-JVM<br><br>Section: "H" (1)<br><br>The Honorable Jane Triche Milazzo<br><br>Magistrate Judge Janis van Meerveld |

**PLAINTIFFS' MOTION TO CONSOLIDATE**

Plaintiffs Lauren Kikuchi and Priscilla Cisneros ("the Kikuchi Plaintiffs") and Kelly Clifton, Kuria Richard, Margaret Watson, Najah Julian, Allyssa Pate, Melanie Young, and Roxane Parra ("the Clifton Plaintiffs"), through undersigned counsel, and pursuant to Federal Rule 42(a), respectfully submit their Motion to Consolidate the pending action, *Kikuchi, et al. v. Silver Bourbon, Inc., et al.*; Case No.: 20-cv-2764 ("the Kikuchi Matter") into the parallel pending action, *Clifton, et al. v. Famous Bourbon Management Group, et al.*; Case No.: 20-cv-2991 ("the Clifton Matter").

As further described and supported in Plaintiffs' attached Memorandum, the consolidation of the Kikuchi Matter into the Clifton Matter prejudices no party to either action and promotes

efficiency to the Parties and to the Court. For this reason, and for good cause in Plaintiffs' Memorandum, Plaintiffs respectfully request this Honorable Court to enter an Order consolidating the Kikuchi Plaintiffs into the Clifton Matter for all purposes, including trial.

Dated: November 8, 2022.   Respectfully submitted,

  /s/ Gregg C. Greenberg
Gregg C. Greenberg, Esq.
Admitted by *Pro Hac Vice*
Zipin, Amster & Greenberg, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, Maryland 20910
(301) 587-9373 (ph)
Email:  GGreenberg@ZAGFirm.com

Kerry A. Murphy, La Bar No. 31382
Laura E. Avery, La Bar No. 35636
Kerry Murphy Law LLC
210 St. Charles Ave.
Suite 250 #1824
New Orleans, Louisiana 70170
(504) 603-1502 (ph)
Email:  kmurphy@kerrymurphylaw.com
           lavery@kerrymurphylaw.com

*Counsel for the Kikuchi Plaintiffs*

  /s/ William M. Hogg
David W. Hodges, Esq.
Admitted *Pro Hac Vice*
William M. Hogg, Esq.
Admitted *Pro Hac Vice*
Hodges & Foty, LLP
4409 Montrose Boulevard, Suite 200
Houston, Texas 77006
Tel: (713) 523-0001
Email:  dhodges@hftrialfirm.com
           whogg@hftrialfirm.com

K. Todd Wallace, La Bar No. 31382
Stacey LeGraize Meyaski, La Bar No. 27543
Wallace Meyaski, LLC
5190 Canal Boulevard, Suite 102
New Orleans, Louisiana 70124

Tel: (504) 644-2011
Email: todd.wallace@walmey.com
stacey.meyaski@walmey.com

*Counsel for the Clifton Plaintiffs and the Collective*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2022, a true and correct copy of the foregoing instrument was served on all counsel of record via the Court's CM/ECF filing system.

    */s/ Gregg C. Greenberg*
Gregg C. Greenberg, Esq.