# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LAUREN KIKUCHI, et al. | Case No. 2:20-cv-02764-JTM-JVM |
| Plaintiffs, | Section: "H" (1) |
| v. | The Honorable Jane Triche Milazzo |
| SILVER BOURBON, INC., et al. | Magistrate Judge Janis van Meerveld |
| Defendants. | |

| | |
|---|---|
| KELLY CLIFTON, et al. | Case No. 2:20-cv-02991-JTM-JVM |
| Plaintiffs, | Section: "H" (1) |
| v. | The Honorable Jane Triche Milazzo |
| FAMOUS BOURBON MANAGEMENT GROUP, INC., et al. | Magistrate Judge Janis van Meerveld |
| Defendants. | |

## <u>ORDER</u>

This Court having considered Plaintiffs' Motion to Consolidate, any opposition thereto, and for good cause, does hereby ORDER pursuant to Federal Rule 42(a) that Plaintiffs' Motion be, and the same hereby is, GRANTED, and it is further ORDERED that the above captioned matter, *Kikuchi, et al. v. Silver Bourbon, Inc., et al*.; Case No.: 20-cv-2764 be, and the same hereby is CONSOLIDATED into the parallel pending action, *Clifton, et al. v. Famous Bourbon Management Group, et al*.; Case No.: 20-cv-2991.


_____          _____
Date                                                      Judge, United States District Court
                                                               For the Eastern District of Louisiana