IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LAUREN KIKUCHI, et al.<br><br>Plaintiffs,<br><br>v.<br><br>SILVER BOURBON, INC., et al.<br><br>Defendants. | Case No. 2:20-cv-02764-JTM-JVM<br><br>Section: "H" (1)<br><br>The Honorable Jane Triche Milazzo<br><br>Magistrate Judge Janis van Meerveld |
| KELLY CLIFTON, et al.<br><br>Plaintiffs,<br><br>v.<br><br>FAMOUS BOURBON MANAGEMENT GROUP, INC., et al.<br><br>Defendants. | Case No. 2:20-cv-02991-JTM-JVM<br><br>Section: "H" (1)<br><br>The Honorable Jane Triche Milazzo<br><br>Magistrate Judge Janis van Meerveld |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that Plaintiffs' Motion to Consolidate (R. Doc. 62), will be submitted for consideration before the Honorable Jane Triche Milazzo, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, on November 30, 2022, at 9:30 a.m.

Dated: November 8, 2022.   Respectfully submitted,

  */s/ Gregg C. Greenberg*
Gregg C. Greenberg, Esq.
Admitted by *Pro Hac Vice*
Zipin, Amster & Greenberg, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, Maryland 20910
(301) 587-9373 (ph)
Email: GGreenberg@ZAGFirm.com

1

        Kerry A. Murphy, La Bar No. 31382
        Laura E. Avery, La Bar No. 35636
        Kerry Murphy Law LLC
        210 St. Charles Ave.
        Suite 250 #1824
        New Orleans, Louisiana 70170
        (504) 603-1502 (ph)
        Email:  kmurphy@kerrymurphylaw.com
                lavery@kerrymurphylaw.com

*Counsel for the Kikuchi Plaintiffs*

        */s/ William M. Hogg*
        David W. Hodges, Esq.
        Admitted *Pro Hac Vice*
        William M. Hogg, Esq.
        Admitted *Pro Hac Vice*
        Hodges & Foty, LLP
        4409 Montrose Boulevard, Suite 200
        Houston, Texas 77006
        Tel: (713) 523-0001
        Email:  dhodges@hftrialfirm.com
                whogg@hftrialfirm.com

        K. Todd Wallace, La Bar No. 31382
        Stacey LeGraize Meyaski, La Bar No. 27543
        Wallace Meyaski, LLC
        5190 Canal Boulevard, Suite 102
        New Orleans, Louisiana 70124
        Tel: (504) 644-2011
        Email:  todd.wallace@walmey.com
                stacey.meyaski@walmey.com

*Counsel for the Clifton Plaintiffs and the Collective*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 8, 2022, a true and correct copy of the foregoing instrument was served on all counsel of record via the Court's CM/ECF filing system.

            */s/ Gregg C. Greenberg*
            Gregg C. Greenberg, Esq.