IN THE UNITED STATES DISTRICT COURT FODR
THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KELLY CLIFTON, et al.<br><br>    Plaintiff,<br><br>V.<br><br>FAMOUS BOURBON MANAGEMENT GROUP, INC., et al.<br><br>    Defendants. | Case No. 20-2764 c/w 20-2991<br><br>Section: "H" (1)<br><br>The Honorable Jane Triche Milazzo<br><br>Magistrate Judge Janis van Meerveld<br><br>Applies to: ALL CASES |

**JOINT MOTION FOR APPROVAL OF FAIR LABOR STANDARDS ACT
COLLECTIVE ACTION SETTLEMENT**

    Plaintiff Kelly Clifton, on behalf of herself and on behalf of all others who have joined this lawsuit, ("Plaintiffs"), and Defendants (1) Famous Bourbon Management Group, Inc. d/b/a Scores, (2) Manhattan Fashion, LLC d/b/a Scores, (3) Silver Bourbon, Inc., d/b/a Scores, (4) Temptations, Inc. d/b/a Stiletto's Cabaret, (5) N'Awlins Entertain Group, Inc., (referred to collectively as the "Corporate Defendants") and (6) Guy Olano, Jr., and (7) Raymond Palazzolo, (referred to collectively as the "Individual Defendants"). The Corporate Defendants and the Individual Defendants are referred to jointly as the Defendants. The Defendants along with Plaintiffs are referred to as the "Parties."

    The Parties now file this Joint Motion for Approval of Fair Labor Standards Act Collective Action Settlement. The Parties respectfully request that the Court approve the settlement that was reached in this case. In support, the Parties submit the attached Memorandum of Law.

Date: September 12, 2025

1

Respectfully submitted,

| | |
|---|---|
| By: */s/ Don J. Foty* | By: */s/ Thomas J. Barbera* |
| Don J. Foty | Thomas J. Barbera |
| TX Bar # 24050022 | Barbera Law Firm |
| (admitted pro hac vice) | 4645 Carthage Street |
| FOTY LAW GROUP | Metairie, LA 700002 |
| 2 Greenway Plaza, Ste. 250 | Telephone: (504) 931-0662 |
| Houston, TX 77046 | barberalawfirm@cox.net |
| Telephone: 713-523-0001 | |
| Facsimile: 713-523-1116 | ATTORNEY FOR DEFENDANTS |
| dfoty@fotylawgroup.com | |

Matthew S. Parmet
LA Bar Roll # 32855
PARMET LAW PC
2 Greenway Plaza, Ste. 250
Houston, TX 77046
Telephone: 713-999-5200
matt@parmet.law

ATTORNEYS FOR THE PLAINTIFFS