UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KELLY CLIFTON, on behalf of herself and all others similarly situated** | Case No. 20-2764 c/w 20-2991 |
| **Plaintiff,** | Section: "H" (1) |
| V. | The Honorable Jane Triche Milazzo |
| **FAMOUS BOURBON MANAGEMENT GROUP, INC., MANHATTAN FASHION, LLC, SILVER BOURBON, INC., TEMPTATIONS, INC., N'AWLINS ENTERTAINMENT GROUP, INC., GUY OLANO, JR., JOSEPH ASCANI, AND RAYMOND PALAZZOLO,** | Magistrate Judge Janis van Meerveld |
| | Applies to: ALL CASES |
| **Defendants.** | |

**CONSENT JUDGMENT AGAINST DEFENDANTS FAMOUS BOURBON MANAGEMENT GROUP, INC., MANHATTAN FASHION, LLC, SILVER BOURBON, INC., TEMPTATIONS, INC., AND N'AWLINS ENTERTAINMENT GROUP, INC.**

On this day, Plaintiff Kelly Clifton, on behalf of herself and all Opt-In Plaintiffs who have filed a consent form to join this Collective Action lawsuit pursuant to 29 U.S.C. § 216(b) and which are on file with the Court (collectively the "Plaintiffs"), appeared by and through counsel of record, and announced to the Court that Plaintiffs and Defendants (1) Famous Bourbon Management Group, Inc. d/b/a Scores, (2) Manhattan Fashion, LLC d/b/a Scores, (3) Silver Bourbon, Inc., d/b/a Scores, (4) Temptations, Inc. d/b/a Stiletto's Cabaret, and (5) N'Awlins Entertain Group, Inc. have agreed that judgment should be rendered for Plaintiffs in the above styled matters.

Defendants (1) Famous Bourbon Management Group, Inc. d/b/a Scores, (2) Manhattan Fashion, LLC d/b/a Scores, (3) Silver Bourbon, Inc., d/b/a Scores, (4) Temptations, Inc. d/b/a Stiletto's Cabaret, and (5) N'Awlins Entertain Group, Inc. also state that they consent to have a

judgment entered against them and in favor of Plaintiffs in the amount of Three Million Dollars and zero cents ($3,000,000.00) plus post judgment interest of four percent per year.

Accordingly, the Court having considered the pleadings, official records on file in this cause and the evidence and is of the opinion that judgment should be rendered for Plaintiffs, and that Plaintiffs shall have and recover from Defendants (1) Famous Bourbon Management Group, Inc. d/b/a Scores, (2) Manhattan Fashion, LLC d/b/a Scores, (3) Silver Bourbon, Inc., d/b/a Scores, (4) Temptations, Inc. d/b/a Stiletto's Cabaret, and (5) N'Awlins Entertain Group, Inc. the sum of Three Million Dollars and zero cents ($3,000,000.00), plus post-judgment interest accruing at the rate of four percent (4%) per annum from date of entry herein.

**IT IS THEREFORE ORDERED** that Plaintiffs be awarded judgment against Defendants (1) Famous Bourbon Management Group, Inc. d/b/a Scores, (2) Manhattan Fashion, LLC d/b/a Scores, (3) Silver Bourbon, Inc., d/b/a Scores, (4) Temptations, Inc. d/b/a Stiletto's Cabaret, and (5) N'Awlins Entertain Group, Inc. the sum of Three Million Dollars and zero cents ($3,000,000.00), plus post-judgment interest accruing at the rate of four percent (4%) per annum from date of entry herein.

This Judgment finally disposes of all causes of action against Defendants (1) Famous Bourbon Management Group, Inc. d/b/a Scores, (2) Manhattan Fashion, LLC d/b/a Scores, (3) Silver Bourbon, Inc., d/b/a Scores, (4) Temptations, Inc. d/b/a Stiletto's Cabaret, and (5) N'Awlins Entertain Group, Inc. in this case.

New Orleans, Louisiana this 25th day of September, 2025.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

APPROVED TO AS TO SUBSTANCE AND FORM:

By: */s/ Don J. Foty*  
Don J. Foty  
TX Bar # 24050022  
(admitted pro hac vice)  
FOTY LAW GROUP  
2 Greenway Plaza, Ste. 250  
Houston, TX 77046  
Telephone: 713-523-0001  
Facsimile: 713-523-1116  
dfoty@fotylawgroup.com  

Matthew S. Parmet  
LA Bar Roll # 32855  
PARMET LAW PC  
2 Greenway Plaza, Ste. 250  
Houston, TX 77046  
Telephone: 713-999-5200  
matt@parmet.law  

ATTORNEYS FOR THE PLAINTIFFS

By: */s/ Thomas J. Barbera*  
Thomas J. Barbera  
Barbera Law Firm  
4645 Carthage Street  
Metairie, LA 700002  
Telephone: (504) 931-0662  
barberalawfirm@cox.net  

ATTORNEY FOR DEFENDANTS